AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

5/13/25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oliverio FRANCISCO-ESTEBAN | ) | Case No.    3:25-mj-217 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 30, 2025 _____ in the county of _____ Clark _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry of Removed Alien with a Prior Felony Conviction |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint.

☑ Continued on the attached sheet.

*Edward La Vigne*

_____
*Complainant's signature*

Edward (Ted) La Vigne

_____
*Printed name and title*

Sworn to before me and signed by telephone.

Date: May 13, 2025    X5/05/2025

_____

Caroline H. Gentry
United States Magistrate Judge

City and state:    Dayton, OH

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Edward (Ted) La Vigne, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit to show that probable cause exists to believe that on or about March 30, 2025, in the Southern District of Ohio, Oliverio FRANCISCO-ESTEBAN violated 8 U.S.C. §§ 1326(a) and (b)(1)(Illegal Reentry of Removed Alien with a Prior Felony Conviction).

2.      I am a special agent (SA) with Homeland Security Investigations (HSI), and I have been employed with HSI since June 2010. I am assigned to a Child Exploitation, Cyber Operations, and public safety group at the HSI Columbus, Ohio Office of the Assistant Special Agent in Charge. I am an "immigration officer" as defined in 8 U.S.C. § 1101(a)(18) and am authorized to investigate and make arrests for violations of the Immigration and Nationality Act (INA). *See* 8 U.S.C. § 1357.

3.      I am a graduate of the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training program. Prior to joining HSI, I spent seven years working as a police officer for the United States Capitol Police (USCP); my duties varied from criminal patrol, investigating complaints, felony crimes, conducting counterintelligence and anti-terrorism operations, traffic crash investigations, the protection of U.S. Senators, and Representatives as well as foreign dignitaries, and investigating threats against those individuals.

4.      I have had formal, on-the-job training, and experience regarding investigating and enforcing provisions of the INA. The information set forth in this affidavit is based upon my knowledge, training, experience, and participation in investigations involving violations of the INA. This information is also based on the knowledge, training, experience, and investigations conducted by fellow law enforcement officers, which have been reported to me either directly or indirectly. Additionally, this information is based on the review of Alien Files, or "A-Files", which

1

are official government records maintained on every immigrant and some nonimmigrants. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. I believe this information to be true and reliable. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about this matter. I did not withhold any information or evidence that would negate probable cause.

**PROBABLE CAUSE**

5.      On March 30, 2025, the Ohio State Highway Patrol (OSP) conducted a traffic stop on a 2008 white Nissan pickup truck bearing Ohio license plate PLL1173 at 2216 Mansfield Ave. OSP initiated the traffic stop after the operator made a right turn onto Mansfield Ave., without activating their turn signal. OSP identified the driver as Oliverio FRANCISCO-ESTEBAN, also known as Oliverio FRANCISCO-Ramos (hereinafter FRANCISCO-ESTEBAN)[1]. OSP was able to identify FRANCISCO-ESTEBAN because OSP previously arrested him for Operating a Vehicle Under the Influence of Alcohol (OVI) on September 9, 2024. Like the September 2024 incident, OSP during this April 2025 incident encountered FRANCISCO-ESTEBAN operating his vehicle while intoxicated. FRANCISCO-ESTEBAN was arrested for OVI and transported to the Clark County Jail.

6.      On March 31, 2025, the Clark County Sheriff's Office contacted ICE Enforcement and Removal Operations (ERO) Columbus, OH upon learning that FRANCISCO-ESTABEN was a

---

[1]  On March 30, 2025, during an arrest for OVI, FRANCISCO-ESTESTAN gave a false name as Oliverio FRANCISCO-RAMOS. Upon his fingerprints going through HSI databases, it was confirmed that his legal name is FRANCISCO-ESTEBAN.

2

citizen of Mexico when he was processed into the Clark County jail. ERO Columbus placed a detainer on FRANCISCO-ESTEBAN. On April 7, 2025, the Immigration and Customs Enforcement (ICE) Law Enforcement Support Center (LESC) contacted ERO Columbus and confirmed the fingerprints of Francisco-Ramos were of a previously deported alien with legal name Oliverio FRANCISCO-ESTEBAN.  Additionally, the ICE LESC confirmed the FBI number associated with Francisco-Ramos matched the FBI number for Oliverio FRANCISCO-ESTEBAN.

**IMMIGRATION AND CRIMINAL HISTORY**

7.     Based on my training and experience, I know that a DHS "A-File" is a file in which all immigration records are maintained for aliens admitted or found to be illegally present in the United States.  I also know that a DHS A-File usually contains forms, photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the DHS A-File is maintained.  The A-file corresponds with an "A-number", a unique number assigned to foreign nationals as they undergo proceedings through the United States immigration system. FRANCISCO-ESTEBAN'S A-file is maintained under A-number 089-817-487. I know that in addition to A-files, DHS utilizes numerous databases and indices to store immigration related information that correlates with documents found in the A-file. FRANCISCO ESTBEBAN'S A-file provided his immigration and criminal history.

8.     On September 14, 2008, FRANCISCO-ESTEBAN was apprehended in Nogales, AZ by the United States border Patrol (USBP) and removed on September 15, 2008, from Nogales, AZ to Mexico.  USBP processed FRANCISCO- ESTEBAN as an Expedited Removal (ER).

9.     On June 21, 2010, FRANCISCO-ESTEBAN was apprehended by ERO Columbus, OH.  FRANCISCO-ESTEBAN was processed as deportable alien, and his previous removal order

3

was reinstated.  FRANCISCO-ESTEBAN was deported from Laredo, TX to Mexico on June 29, 2010.

10.     On May 30, 2015, FRANCISCO-ESTEBAN was arrested by Springfield, OH Police Department (SPD) for Driving While under the Influence – Alcohol (DWI).  FRANCISCO-ESTEBAN was convicted of DUI and sentenced to 60 days in jail.

11.     On September 5, 2015, FRANCISCO-ESTEBAN was arrested by Springfield, OH Police Department (SPD) for Driving While under the Influence – Alcohol (DWI).  FRANCISCO-ESTEBAN was convicted of DUI and sentenced to 15 days in jail.

12.     On October 14, 2015, FRANCISCO-ESTEBAN was apprehended by ERO Columbus Criminal Alien Program (CAP) upon his release from the Clark County Jail.  On October 28, 2015, the United States Attorney's Office for the Southern District of Ohio, indicted FRANCISCO- ESTEBAN for violation of Title 8, United States Codes Section 1326 (a), Reentry of a Previously Removed Alien, Case No. 3:15-cr-00153. On November 30, 2015, FRANCISCO-ESTEBAN entered a guilty plea to the indictment and was sentenced to time served on March 3, 2016.  On March 29, 2016, FRANCISCO-ESTEBAN was processed as a deportable alien, and his previous removal order was reinstated and was deported from Laredo, TX to Mexico.

13.     On June 27, 2016, FRANCISCO-ESTEBAN was apprehended by the USBP in Hebbronsville, TX, FRANCISCO- ESTEBAN was removed from the United States to Mexico via Laredo, TX on August 10, 2016.

14.     On September 12, 2016, FRANCISCO-ESTEBAN was apprehended by the USBP in Roma, TX. FRANCISCO-ESTEBAN was removed from the United States to Mexico via Hidalgo, TX on September 13, 2016.  FRANCISCO-ESTEBAN was removed after his previous order of removal was reinstated.

15. According to his A-File, FRANCISCO-ESTEBAN is a citizen of Mexico and has no legal status in the United States. FRANCISCO-ESTEBAN did not receive permission from the United States Attorney General or the United States Department of Homeland Security Secretary for reentry into the United States.

## CONCLUSION

16. Based on the facts set forth in this affidavit, there is probable cause to on or about March 30, 2025, in the Southern District of Ohio, Oliverio FRANCISCO-ESTEBAN violated Title 8, United States Code Sections 1326(a) and (b)(1) (Reentry of a Previously Removed Alien with a Prior Felony Conviction).

*Edward La Vigne*

Edward (Ted) La Vigne
Special Agent
Homeland Security Investigations

Subscribed and sworn to me by telephone on this __13th__ day of May, 2025.

Caroline H. Gentry
United States Magistrate Judge

5