IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:25-CR-044 |
| Plaintiff | : | JUDGE WALTER H. RICE |
| v. | : | |
| OLIVERIO FRANCISCO-ESTEBAN, | : | |
| Defendant | : | |

**UNITED STATES' SENTENCING MEMORANDUM**

Comes now the United States of America, by and through Assistant United States Attorney Erica D. Lunderman, and respectfully submits the following Sentencing Memorandum for the Court's consideration.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*/s/ Erica D. Lunderman*
ERICA D. LUNDERMAN (0098342)
Assistant United States Attorneys
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Erica.lunderman@usdoj.gov

1

**INTRODUCTION**

The United States requests that this Court accept the proposed binding plea agreement and sentence Olivero Franciso-Esteban to no more than 10 months of imprisonment. The sentence comports with the advisory Guidelines and adequately balances the section 3553(a) factors.

**STATEMENT OF FACTS**

As the facts and circumstances related to the charge are accurately summarized in the Statement of Facts attached to the Plea Agreement as well as in paragraphs 10 through 13 of the PSR (Doc. 15 at PAGEID 54-55), the United States incorporates by reference the offense conduct as detailed in the record at those locations.

**ARGUMENT**

**I. SENTENCING CALCULATION**

**A.      Advisory Sentencing Guidelines Calculation**

The United States Probation Office calculated the defendant's advisory guideline range by finding a total adjusted offense level of 10 and a Criminal History Category of III, which yielded a sentencing guidelines range of 10 to 16 months before possible departures under U.S.S.G §5K3.1 (early disposition program). The Government agrees that this calculation is correct.[1]

---

[1] The base offense level for Count One of the Indictment is 8. U.S.S.G. §2L1.2(a). Francisco-Esteban receives a 4-level increase due to him sustaining a felony conviction for Reentry of a Previously Removed Alien in case 3:15cr153 in the United States District Court for the Southern District Cout of Ohio. U.S.S.G. § 2L1.2(b)(1)(A). Based on Francisco-Esteban's acceptance of responsibility, his total offense level is 12.  It is the United States' belief that Franciso-Esteban qualifies for a 4-level departure under an early disposition program authorized under the Attorney of the United States and the United States Attorney for the Southern District of Ohio. *See* U.S.S.G. §5K3.1. Taking the departure into consideration, Francisco-Esteban's total offense level would be 6, combined with a Criminal History Category of III, making his advisory guideline range 2 to 8 months.

2

**II.  ANALYSIS OF § 3553(a) FACTORS**

The United States submits that relevant § 3553(a) factors support a sentence not exceeding 10 months in prison, as contemplated in the Rule 11(c)(1)(C) agreed sentencing disposition range. A sentence not exceeding 10 months in prison is sufficient, but not greater than necessary, to achieve the purposes of sentencing as contemplated by Congress and as outlined by the United States Sentencing Commission.

First, the offense is serious, compounded by the number of times, Francisco-Esteban has been removed from the United States. As equally troubling, is the number of misdemeanor convictions that Francisco-Esteban has involving him driving while under the influence of alcohol. Miraculously, Francisco-Esteban has not, yet, caused harm to anyone. Second, the Government believes that Francisco-Esteban's sentence should be reflective of national sentencing for such an offense. Defendants similarly situated to Francisco-Esteban, with a Criminal History of III and an adjusted offense level of 10, have been sentenced on average to 10 months in prison.[2] Therefore, the Government believes that a sentence not exceeding 10 months in prison is sufficient to meet the guidelines of federal sentencing.

---

[2] *See* United States Sentencing Commission, *Interactive Data Analyzer*, available at https://ida.ussc.gov/analytics/saw.dll?Dashboard which provides the Commission's data based on a single topic of interest.

## **CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the Court impose a

sentence not to exceed 10 months in prison.

Respectfully submitted,

 DOMINICK S. GERACE II
UNITED STATES ATTORNEY

/                    */s/Erica D. Lunderman*
ERICA D. LUNDERMAN (0098342)
Assistant United States Attorneys
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Erica.Lunderman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Sentencing Memorandum was served was

served, via ECF, upon counsel for defendant on the same date as filing.

*/s/Erica D. Lunderman*
ERICA D. LUNDERMAN (0098342)
Assistant United States Attorney

4